LOUIS SCHWARTZ, Respondent, v. UNION INDEMNITY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within twenty days from service of order with notice of entry thereof. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

CHARLES FORSTER and Another, Respondents, v. MAX KLEIN, Appellant.— Order modified by further granting the motion to the extent of eliminating from the notice of motion for examination items numbered 6, 7 and 8, and as so modified affirmed, with ten dollars costs and disbursements to appellant. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

SINNOTT & CANTY, INC., Respondent, v. GEERY, GUTHRIE & COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ALEXANDER GOLDBERG, Appellant, v. SAMUEL S. KORN and Another, Respondents, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion granted. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MAX DOBKIN, Doing Business, etc., Respondent, v. SOUTHWEST CORNER REALTY COMPANY and Others, Defendants, Impleaded with LEVERING & GARRIGUES COMPANY, Appellant.— Order modified as indicated in order, and as so modified affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

SAMUEL BRAVERMAN, INC., Respondent, v. CHENEY BROTHERS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MORRIS FEINBERG, Respondent, v. ETHEL FEINBERG, Appellant.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ADELE M. FEIBER v. EDWARD COPELAND.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

CHARLES C. MOORE, etc., and Others v. 415 CENTRAL PARK WEST CORPORATION and Others, Impleaded with ALMIRALL & COMPANY, INC.— Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

GEORGE BATUM, as Administrator, etc., v. GEORGE L. STIVERS.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MICHAEL SEGALAS, as Administrator, etc., v. STANDARD DAIRY COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

HOWARD L. MYERS v. ANDREW GREIS.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.